**Edward R. FINK and Joan O. Fink, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 74–1222.**

United States Court of Appeals, Ninth Circuit.

March 25, 1975.

Edward R. Fink, in pro. per.

Scott O. Crampton, Asst. Atty. Gen., Tax Div., Dept. of Justice, Washington, D. C.; Meade Whitaker, Chief Counsel IRS, for respondent.

OPINION

Before DUNIWAY and KILKENNY, Circuit Judges, and SOLOMON,* District Judge.

PER CURIAM:

The judgment is affirmed for the reasons stated in the opinion of the United States Tax Court. Edward R. Fink, 1973, 60 T.C. 867.